UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEYLA LEANN SHELTON,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | No. 2:21-cv-02379 CKD (SS)<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE |

Presently pending before the court is plaintiff's motion for leave to proceed in forma pauperis. See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1] (ECF No. 2.) Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

  2. The Clerk of Court is directed to issue a summons for this case;

  3. In keeping with the court's new e-service procedure for Social Security cases,[2]

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

[2] http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-effective-after-june-15-2021/

1

1  service on the defendant Commissioner of Social Security Administration shall
2  proceed under the court's E-Service program as follows.  Once a summons is
3  issued, the Clerk of Court shall deliver to the Commissioner of Social Security
4  Administration and the United States Attorney's Office at their designated email
5  addresses a notice of electronic filing of the action along with the summons and
6  complaint.  The Commissioner has agreed not to raise a defense of insufficient
7  service of process if provided with notice of a complaint as detailed in this order.
8  This order is not intended to prevent parties from making any other motions that
9  are appropriate under the Federal Rules of Civil Procedure; and

4.  The parties are hereby notified that, <u>after e-service of the complaint, this action will be STAYED pursuant to General Order Number 615</u>, and there will be no scheduling order or deadlines in effect pending further order of the court.  <u>See</u> E.D. Cal. G.O. No. 615, Paragraphs 6, 10.

Dated:  December 29, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/shelton2379.ss.ifp.e-service