JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leyla Leann Shelton, <br><br> Plaintiff, <br><br> vs. <br><br> Kilolo Kijakazi, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:21-cv-02379-CKD <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from May 23, 2022 to July 22, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  First, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022, and is dealing with post-operation pain and the

secondary effects of medications; and as a result, is working short periods throughout the day with significant breaks throughout. Counsel will also undergo 12 weeks of physical therapy, four days a week.

  Secondly, as this Court is well aware, Social Security case filings in federal court increased due to a combination of factors including an increase in appeals council decisions and an increase in hearings at the administrative levels. Then, as a result of the pandemic, shelter-in-place mandates, and Court ordered Stays, there were significant delays in producing transcripts. In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers and Certified Administrative Records from defendant including over 56 cases in February and March of 2022.

  For the week of May 16, 2022 through the end of May 2022, Counsel for Plaintiff has 18 merit briefs, and several letter briefs and reply briefs.

  Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:  April 28, 2022  PENA & BROMBERG, ATTORNEYS AT LAW

By: /s/ Jonathan Omar Pena
  JONATHAN OMAR PENA
  Attorneys for Plaintiff

Dated: April 29, 2022  PHILLIP A. TALBERT
  United States Attorney
  PETER K. THOMPSON
  Acting Regional Chief Counsel, Region IX
  Social Security Administration

By: *<u>*/s/ Marcelo N. Illarmo*</u>
  Marcelo N. Illarmo
  Special Assistant United States Attorney
  Attorneys for Defendant
  (*As authorized by email on April 29, 2022)

## ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: May 16, 2022

            _____
            CAROLYN K. DELANEY
            UNITED STATES MAGISTRATE JUDGE